**RECEIVED**

**JAN 1 8 2008**

AT 8:30_____.M
WILLIAM T. WALSH
CLERK

JOHN R. ALTIERI
Attorney at Law
25 East Salem Street
P.O. Box 279
Hackensack, NJ   07602-0279
(201) 343-6525
Attorney for Plaintiffs

Document Electronically Filed

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------

**KEVIN LEE**, a minor, by his
father and mother as natural
guardians  GUE-YUP LEE and
EUN-SIL LEE, and GUE-YUP
LEE and EUN-SIL LEE,
individually, JULIA LEE,
ESTHER LEE, NO-YEON LEE
and JUNG-JA YOON,

CIVIL ACTION NO.:
07cv318(FLW)

Plaintiffs,

vs.

RICHARD FALLER,

Defendant.

**ORDER ENTERING JUDGMENT AND
DIRECTING DISTRIBUTION OF FUNDS**

----------------------------------

This matter having come before the Court in accordance with
New Jersey Court Rule 4:44-3 and the attorneys for the parties having
reported to the Court that a settlement of the minor plaintiff's claim
has been arrived at between the plaintiffs, KEVIN LEE, a minor, by his
father and mother as natural guardians GUE-YUP LEE and EUN-SIL LEE and
GUE-YUP LEE and EUN-SIL LEE, individually, JULIA LEE, ESTHER LEE, NO-
YEON LEE and JUNG-JA YOON, and the defendant RICHARD FALLER, and the
parties having consented to the disposition of this matter by the
Honorable John J. Hughes, U.S.M.J., pursuant to Rule 73 of the Federal
Rules of Civil Procedure and Local Civil Rule 73.1, and the Court
having then taken proofs on the record and having approved said
settlement, ON THE RECORD HEARING 1/17/08.

IT IS on this 17ᵗʰ day of January 2008,

ORDERED that Judgment is entered on behalf of KEVIN LEE, a minor, by GUE-YUP LEE and EUN-SIL LEE, his parents, as guardians *ad litem*, in the gross amount of $130,000 against the defendant RICHARD FALLER, without costs and/or interest; and

IT IS FURTHER ORDERED that the following deductions shall be made from this gross settlement and paid by the defendants in separate drafts as follows:

      a.    STRUCTURED SETTLEMENT: Pursuant to New Jersey Court Rule 4:48A, that $93,750 shall be paid by defendant RICHARD FALLER's insurer by check payable to PRUDENTIAL ASSIGNED SETTLEMENT SERVICES CORPORATION within 20 days of this Order;

IT IS FURTHER ORDERED that pursuant to New Jersey Court Rule 4:48A, that the net present recovery of $93,750 shall be structured as follows. The payments will be assigned to **PRUDENTIAL ASSIGNED SETTLEMENT SERVICES CORPORATION** (Assignee) by way of a Uniform Qualified Assignment by the defendant and/or insurer. In accordance with the Uniform Qualified Assignment, the assignee will fund its obligation to make payments through the purchase of an annuity from **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**, an **A+** excellent rated life carrier by the independent rating service, A.M. Best. The payments will be guaranteed through the issuance of **CORPORATE GUARANTEE by The Prudential Insurance Company of America** which

guarantees the obligation of **PRUDENTIAL ASSIGNED SETTLEMENT SERVICES CORPORATION** assumed under the Uniform Qualified Assignment.   Periodic payments will be made to KEVIN LEE as follows: Guaranteed Lump Sum Payments of:

> $ 15,000 payable on February 3, 2011
> $ 50,000 payable on February 3, 2014
> $ 68,000 payable on February 3, 2018

In the event of the death of KEVIN LEE prior to February 3, 2018, any periodic payment due and payable as outlined above on the dates, will be paid to KEVIN LEE's designated primary beneficiary, mother EUN-SIL LEE and designated secondary beneficiary, father GUE-YUP LEE.

KEVIN LEE retains the right to amend the beneficiary designation, in accordance with the Settlement Agreement and Release, upon reaching the age of majority.

> b.   FOR KEVIN'S USE: $1,686.92 to be paid by defendant RICHARD FALLER's insurer to plaintiff's father and mother, GUE-YUP LEE and EUN-SIL LEE, jointly, to be used in their sole discretion, but, only in the best interest of KEVIN;

> c.   ATTORNEY'S FEES: $34,563.08 be paid to plaintiffs' attorney, John R. Altieri, consisting of $2,750.77 for actual disbursements and $31,812.31 for attorneys' fees of 25% of the recovery.   All referring and

3

participating attorneys' fees will be paid from this amount.

Upon payment by defendant, as provided hereinabove, counsel for plaintiffs will promptly issue and serve on defense counsel a Warrant to Satisfy this Judgment.

All other claims of all plaintiffs herein are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the attorney for the plaintiffs deliver a copy of this Order to plaintiffs and counsel for defendant within 5 days of the date hereof.

_____
JOHN J. HUGHES, U.S.M.J.

4



EXHIBIT A

**LAW OFFICE OF JOHN R. ALTIERI**
**P.O. BOX 279**
**HACKENSACK, NJ 07602-0279**
**(201) 343-6525**

## RE: LEE V. FALLER - CIVIL NO. 07-CV-318 (FLW)

### SETTLEMENT DISTRIBUTION FOR KEVIN LEE

| DATE | DESCRIPTION | AMOUNT | TOTAL |
|------|-------------|--------|-------|
|  | Settlement Proceeds |  | $130,000.00 |
|  | Disbursements and expenses (attached) |  | $2,750.77 |
|  |  |  | $127,249.23 |
|  | 25% Attorneys' Fees |  | $31,812.31 |
|  | Net |  | $95,436.92 |
|  | Structure Annuity Premium |  | $93,750.00 |
|  | **Additional cash to Kevin Lee** |  | **$1,686.92** |

SPEISER, KRAUSE, NOLAN & GRANITO

KEVIN LEE
136 ELVASTON DRIVE
TORONTO  ON  M4A 1N6
CANADA

Page: 1
December 07, 2007
Client Number          1445-000C
Statement No.:              4144

S/L:STATE 3 YEARS
ELMIRA, NY ON 9/3/05

### In-House Expenses

| Date | Description | Amount |
|---|---|---:|
| 03/02/2007 | In-House photocopy expense, 16 pp @ $.25 each | 4.00 |
| 03/05/2007 | In-House photocopy expense, 5 pp @ $.25 each | 1.25 |
| 03/05/2007 | In-House photocopy expense, 15 pp @ $.25 each | 3.75 |
| 03/05/2007 | In-House photocopy expense, 4 pp @ $.25 each | 1.00 |
| 03/26/2007 | In-House photocopy expense, 105 pp @ $.25 each | 26.25 |
| 03/26/2007 | In-House photocopy expense, 55 pp @ $.25 each | 13.75 |
| 03/26/2007 | In-House photocopy expense, 33 pp @ $.25 each | 8.25 |
| | I/H photocopy | 58.25 |
| | **Total In-House Expenses** | 58.25 |

### General Expenses

| Date | Description | Amount |
|---|---|---:|
| 08/15/2006 | Telephone expense (383) AT&T - NY | 1.17 |
| 01/15/2007 | Telephone expense (383) AT&T - NY | 0.78 |
| | Telephone expense | 1.95 |
| 07/25/2007 | Medical/Legal Records expense request (1505) ARNOT OGDEN MEDICAL CENTER - Kevin Lee copies | 13.87 |
| | Medical/Legal Records expense request | 13.87 |
| 04/30/2006 | Computer Research expense (198) WEST GROUP - NY | 152.25 |
| 01/31/2007 | Computer Research expense (198) WEST GROUP - NY | 187.96 |
| | Computer Research expense | 340.21 |
| 02/22/2007 | Investigations expense (54) WILLIAM BAYER - interviews and narrative report (1/2 to 1446.000) | 92.50 |
| | Investigations expense | 92.50 |
| 09/30/2007 | Postage and shipping expense - TX | 0.41 |
| | Postage and shipping expense | 0.41 |
| 04/19/2007 | Overnight messengers & delivery expense (21) FEDERAL EXPRESS CORPORATION - NY | 6.64 |
| 08/16/2007 | Overnight messengers & delivery expense (21) FEDERAL EXPRESS CORPORATION - NY | 4.93 |
| | Overnight messengers & delivery expense | 11.57 |
| | **Total General Expenses** | 460.51 |
| | **Total Fees, In-House & General Expenses Due** | 518.76 |
| | **TOTAL BALANCE DUE** | **$518.76** |

12/12/2007  12:08    4163610083              HSH                              PAGE  03/03

# Howie, Sacks & Henry LLP
401 Bay Street
Suite 2800, P.O. Box 4
Toronto, ON M5H 2Y4

Ph:416-361-5990            Fax:   416-361-0083

Kevin Lee                                                 December 11, 2007
136 Elvaston Drive
North York, Ontario
M4A 1N6

|  |  |  |
|---|---|---|
| File #: | 1-114 |
| Inv #: | Settle |

**Attention:**

RE:    Lee v Faller, et al

## DISBURSEMENTS

|  |  |  |
|---|---|---|
| | Facsimiles | 37.00 |
| | Long Distance | 0.05 |
| | Photocopies | 50.50 |
| | Postage | 9.52 |
| | Scanning | 11.50 |
| | Long Distance # | 1.66 |
| | Office supplies # | 12.00 |
| | Delivery services/messengers * | 21.42 |
| Jan-12-06 | TPH Photocopies, (Invoice #063040168)# | 3.86 |
| Jan-13-06 | TPH Photocopies, (Invoice #063040204)# | 8.10 |
| Jan-27-06 | OHIP Summary * | 140.00 |
| Mar-01-06 | Payment For Records - Dr. Halman | 38.91 |
| Apr-13-06 | TPH Photocopies, (Invoice #063043164)# | 11.06 |
| Oct-24-06 | Medical Records , (Invoice #24902) - Dr. Schlosser* | 35.00 |
| Jul-21-07 | Hospital Records - Greater Niagara General Hospital* | 150.00 |
| | Totals | $530.58 |
| | Total GST on Disbursements | 10.89 |

**Total Disbursements for all charges on this matter**          **$541.47**

TAX ID Number    86919 1783 RT0001
Total GST        $10.89

## KIM & LEE EXPENSES
### (John R. Altieri)
### Civil Action No.: 07-CV-322(AET)
### Civil Action No.: 07-CV-318(FLW)

**Amount due**

| | | | |
|---|---|---|---|
| 4th quarter 2006 – | Federal Express charges | $ | 12.22 |
| 1st quarter 2007 - | Complaint filing fee 2 @$350.00/each | $ | 700.00 |
| 2nd quarter 2007 - | AT&T phone conference | $ | 85.00 |
| | Photocopying-Special Summons & Complaint | $ | 147.80 |
| | Service | $ | 94.50 |
| 3rd quarter 2007 - | Color Copies | $ | 18.50 |
| | Travel expenses | $ | 89.00 |
| | Court reporter charges | $ | 447.75 |
| 4th quarter 2007 | AT&T phone conference | $ | 255.00 |
| | Federal Express charges (International) | $ | 429.26 |

Telephone, FAX, in-house copying, delivery,
Westlaw usage & postage expenses                    $ 1,102.05

**KIM & LEE COMBINED TOTAL          $ 3,381.08**

**50% each =   $1,690.54**



# EXHIBIT B

Jan. 8. 2008  1:41PM                                          No. 5506   P. 1

 **RINGLER ASSOCIATES°**
(609) 714-8860 (Medford)
(973) 257-1525 (Morristown)
Toll Free (877) 565-6500
Fax (609) 714-8862

January 8, 2008          **FAXED AND MAILED**

John Altieri, Esquire
25 E. Salem Street
Hackensack, NJ 07601

Re:   KEVIN LEE vs RICHARD FALLER
      First Trenton Claim #L2S0480
      Ringler Associates' File #2-12916B

Dear Mr. Altieri:

This letter will serve to confirm that a settlement has been
reached in this matter including a structured settlement for the
above-mentioned claimant.

The annuity will be provided by Prudential Insurance Company of
America, an A+ rated life carrier by the A. M. Best Rating
Service, with a Uniform Qualified Assignment to Prudential
Assigned Settlement Services Corporation (PassCorp) who will act
as assignee on behalf of the defendant. Prudential Insurance
Company of America will guarantee the obligation of the assignee
should they default on their obligation. The settlement includes
the following benefits:

     Details of annuity: Payee - Kevin Lee

     Guaranteed Lump Sum Payments as follows:

        $ 15,000 -AGE 18 (02-03-2011)
        $ 50,000 -AGE 21 (02-03-2014)
        $ 68,000 -AGE 25 (02-03-2018)


     Cost of Annuity: $ 93,750
     Cash up front:    $ 36,250 to include attorney
                       fees/costs/and liens.

  Total settlement: $130,000

105 ATSION ROAD, SUITE C • MEDFORD, NJ 08055
45 PARK PLACE SOUTH, PMB 183 • MORRISTOWN, NJ 07960
BFillion@ringlerassociates.com • EBrupbacher@ringlerassociates.com

www.RinglerAssociates.com
OFFICES IN PRINCIPAL CITIES NATIONWIDE
Member National Structured Settlements Trade Association

The attached annuitant questionnaire needs to be completed and returned to our office in order to get the annuity policy issued. If your client is designating a specific beneficiary, please include this beneficiary designation in the Proposed Order for Judgment for approval by the court.

Per your request, attached you will find a DRAFT copy of the Settlement Agreement and Release which we have prepared. This document must be reviewed and approved by Travelers and Defense Attorney before we can forward original copies to your office for execution.

Please mark your file to fax a copy of the proposed Minor's Compromise Order to our attention as soon as it is available. We have attached sample language which should be included in this order. Again, if your client intends to designate a specific beneficiary for the annuity it should be so stated in the order.

For your convenience and in summary we need the following forwarded to our office:

- Completed annuitant questionnaire/copy of birth certificate
- Faxed copy of the Proposed Order for Judgment

If you have any questions, please don't hesitate to call our office.

Yours truly,

Tina Hammond
Ringler Associates, Inc

CC: Kristen Frank, Claims Representative
    Michael Moutzanakis, Esquire